

OCT 28 2005

CLERK ... COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| 1 | JONATHAN M. JAMES |
| | jjames@perkinscoie.com |
| 2 | PERKINS COIE BROWN & BAIN, P.A. |
| | 2901 N. Central Avenue, Suite 2000 |
| 3 | Phoenix, AZ  85012-2788 |
| 4 | Telephone:  (602) 351-8000 |
| | Facsimile:  (602) 351-7000 |
| 5 | |
| | DAVID R. BURTT, State Bar No. 201220 |
| 6 | dburtt@perkinscoie.com |
| | SARAH E. PIEPMEIER, State Bar No. 227094 |
| 7 | spiepmeier@perkinscoie.com |
| | PERKINS COIE LLP |
| 8 | 180 Townsend Street, Third Floor |
| | San Francisco, CA  94107-1909 |
| 9 | Telephone:  (415) 344-7000 |
| 10 | Facsimile:  (415) 344-7050 |
| 11 | Attorneys for Defendants |
| | DIALOGIC CORPORATION and |
| 12 | INTEL SEMICONDUCTOR LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADVANTA CORPORATION, an Indian Corporation, | | Case No. C-05 02895 JF |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION** |
| v. | | |
| DIALOGIC CORPORATION, a New Jersey Corporation; INTEL SEMICONDUCTOR LIMITED, a Delaware Corporation; and DOES 1 through 50, inclusive, | | |
| | Defendants. | |

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
Case No. C-05 02895 JF

[20336-1142-000000/BY052980.052]

Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, Plaintiff Advanta Corporation and defendants Dialogic Corporation and Intel Semiconductor Limited jointly stipulate to participate in Early Neutral Evaluation.

DATED: October 26, 2005        **PERKINS COIE LLP**

By: _____/s/_____
Jonathan M. James

Attorneys for Defendants
DIALOGIC CORPORATION and
INTEL SEMICONDUCTOR LIMITED

DATED: October 26, 2005        **SILICON VALLEY LAW GROUP**

By: _____/s/_____
Christopher Ashworth

Attorneys for Plaintiff
ADVANTA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 10-27-05

_____
UNITED STATES DISTRICT JUDGE
The Honorable Jeremy Fogel

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. and ADR L.R. 3-5(b), each of the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: October 26, 2005      By: _____/s/_____
                             Sid Mehta, President
                             PLAINTIFF ADVANTA CORPORATION

Dated: October 26, 2005      By: _____/s/_____
                             Christopher Ashworth
                             SILICON VALLEY LAW GROUP
                             Attorneys for Plaintiff
                             ADVANTA CORPORATION

Dated: October 26, 2005      By: _____/s/_____
                             Allon Stabinsky, Sr. Litigation Attorney
                             DEFENDANTS DIALOGIC CORPORATION and
                             INTEL SEMICONDUCTOR LIMITED

Dated: October 26, 2005      By: _____/s/_____
                             Jonathan M. James
                             PERKINS COIE BROWN & BAIN, P.A.
                             Attorneys for Defendants
                             DIALOGIC CORPORATION and
                             INTEL SEMICONDUCTOR LIMITED