**CHRISTOPHER ASHWORTH, SBN 54889**
**SILICON VALLEY LAW GROUP**
**A Law Corporation**
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
E-Mail: ca@svlg.com

\*\*E-filed 1/11/06\*\*

Attorneys for Plaintiff Advanta Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTA CORPORATION, an Indian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIALOGIC CORPORATION, a New Jersey corporation; INTEL SEMICONDUCTOR LIMITED, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C0502895RS<br><br>**STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS AND ORDER THEREON** |

Plaintiff Advanta Corporation, by and through its attorneys of record herein, and Defendants Dialogic Corporation and Intel Semiconductor Limited, by and through their attorneys of record herein, hereby stipulate to continue the hearing date on the Defendants' Motion to Dismiss for Forum Non Conveniens, which is currently set for February 3, 2006, to March 10, 2006 at 9:00 a.m.

The parties further stipulate to the following briefing schedule:

> Opposition brief to be filed by Plaintiff by February 10, 2006.
>
> Reply brief to be filed by Defendant by February 24, 2006.

//

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 6, 2006 | SILICON VALLEY LAW GROUP |
| 3 | | By: _____ |
| 4 | | Christopher Ashworth |
| 5 | DATED: 1/6/06 | PERKINS COIE LLP |
| 6 | | |
| 7 | | By: _____ |
| 8 | | David R. Burtt |

**ORDER**

Pursuant to the Stipulation of the parties herein, the hearing on the Defendants' Motion to Dismiss for Forum Non Conveniens is continued to March 10, 2006 at 9:00 a.m. Plaintiff shall file its opposition brief by February 10, 2006 and Defendant shall file its reply brief by February 24, 2006.

DATED: 1/11/06

IT IS SO ORDERED
Judge Jeremy Fogel

//