**E-filed 2/17/06**

1  JONATHAN M. JAMES
    jjames@perkinscoie.com
2  PERKINS COIE BROWN & BAIN, P.A.
3  2901 N. Central Avenue, Suite 2000
   Phoenix, AZ  85012-2788
4  Telephone:  (602) 351-8000
   Facsimile:  (602) 351-7000
5
   DAVID R. BURTT, State Bar No. 201220
6    dburtt@perkinscoie.com
   JONMI N. KOO, State Bar No. 233136
7    jkoo@perkinscoie.com
   PERKINS COIE LLP
8  180 Townsend Street, Third Floor
   San Francisco, CA  94107-1909
9  Telephone:  (415) 344-7000
10 Facsimile:  (415) 344-7050

11 Attorneys for Defendants
   DIALOGIC CORPORATION and
12 INTEL SEMICONDUCTOR LIMITED

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 ADVANTA CORPORATION, an Indian          Case No. C-05 02895 JF
   Corporation,
18                                         **AMENDED STIPULATION TO
                                           CONTINUE THE HEARING AND
19              Plaintiff,                 BRIEFING SCHEDULE ON
         v.                                DEFENDANTS' MOTION TO DISMISS
20                                         FOR FORUM NON CONVENIENS AND
   DIALOGIC CORPORATION, a New Jersey      ORDER THEREON**
21 Corporation; INTEL SEMICONDUCTOR
   LIMITED, a Delaware Corporation; and
22 DOES 1 through 50, inclusive,

23              Defendants.

24

25

26      Plaintiff Advanta Corporation, by and through its attorneys of record herein, and Defendants

27 Dialogic Corporation and Intel Semiconductor Limited, by and through their attorneys of record

28

---

AMENDED STIPULATION TO CONTINUE THE HEARING AND BRIEFING
SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND ORDER         [20336-1142-000000/BY060470.144]
Case No. C-05 02895 JF

herein, hereby stipulate to continue the hearing date on Defendants' Motion to Dismiss for Forum Non Conveniens, which is currently set for March 10, 2006, to April 28, 2006 at 9:00 a.m.

The parties further stipulate the Defendants shall have until March 31, 2006, to file their reply brief. While there has been one previous continuance of this motion, Defendants' requested this continuance due to their lead counsel's unexpected business trip to China this week (and next) and the amount of time necessary to prepare rebuttal evidence including affidavits from witnesses located in India.

DATED: February 17, 2006        **PERKINS COIE LLP**

By:  /s/
      David R. Burtt

Attorneys for Defendants
DIALOGIC CORPORATION and
INTEL SEMICONDUCTOR LIMITED

DATED: February 17, 2006        **SILICON VALLEY LAW GROUP**

By:  /s/
      Christopher Ashworth

Attorneys for Plaintiff
ADVANTA CORPORATION

**ORDER**

Pursuant to the Stipulation of the parties herein, the hearing on Defendants' Motion to Dismiss for Forum Non Conveniens is continued to April 28, 2006 at 9:00 a.m. Defendants shall file their reply brief by March 31, 2006.

DATED: 2/17/06

_____
UNITED STATES DISTRICT JUDGE
The Honorable Jeremy Fogel

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David R. Burtt, attest that I obtained the concurrence of Christopher Ashworth in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of February, 2006, at Portland, Oregon.

                                                         /s/
                                           David R. Burtt

AMENDED STIPULATION TO CONTINUE THE HEARING AND BRIEFING
SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND ORDER
Case No. C-05 02895 JF

[20336-1142-000000/BY060470.144]