JONATHAN M. JAMES
jjames@perkinscoie.com
PERKINS COIE BROWN & BAIN, P.A.
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

DAVID R. BURTT, State Bar No. 201220
dburtt@perkinscoie.com
JONMI N. KOO, State Bar No. 233136
jkoo@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, CA 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendants
DIALOGIC CORPORATION and
INTEL SEMICONDUCTOR LIMITED

**E-filed 3/20/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADVANTA CORPORATION, an Indian Corporation,

Plaintiff,

v.

DIALOGIC CORPORATION, a New Jersey Corporation; INTEL SEMICONDUCTOR LIMITED, a Delaware Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. C-05 02895 JF

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

WHEREAS the Court has currently scheduled an initial Case Management Conference for March 24, 2006 at 10:30 a.m.,

WHEREAS the Court has also continued the hearing date on Defendants' Motion to Dismiss for *Forum Non Conveniens* to April 28, 2006,

WHEREAS given the pendency of the hearing on the Motion to Dismiss, the parties agree that judicial economy would best be served by continuing the March 24, 2006 Case Management Conference until May 19, 2006 at 10:30 a.m., so that the Court may issue an Order on that motion,

THE PARTIES THEREFORE STIPULATE and respectfully request that the Court continue the presently set March 24, 2006 Case Management Conference until May 19, 2006.

DATED: March 13, 2006

**PERKINS COIE LLP**

By: /s/
David R. Burtt

Attorneys for Defendants
DIALOGIC CORPORATION and
INTEL SEMICONDUCTOR LIMITED

DATED: March 13, 2006

**SILICON VALLEY LAW GROUP**

By: /s/
Christopher Ashworth

Attorneys for Plaintiff
ADVANTA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/20/06

UNITED STATES DISTRICT JUDGE
The Honorable Jeremy Fogel

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David R. Burtt, attest that I obtained the concurrence of Christopher Ashworth in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 13th day of March, 2006, at Portland, Oregon.

/s/
David R. Burtt

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C-05 02895 JF

[20336-1142-000000/BY060650.099]